Sealed cc: Ct; AUSA Hawatt; Dft cnsl Sendout; Dft (via cnsl); USP; USM

FILED
HARRISBURG, PA

NOV 17 2011

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:11-CR-0309 |
| v. | : | |
| CHRISTIAN NWOSU, | : | (Judge Conner) |
| Defendant | : | |

### WAIVER OF INDICTMENT

I, CHRISTIAN NWOSU, the above-named Defendant, who is accused of Violation of Title 18, United States Code, Section 1349, Criminal Conspiracy to Commit Mail Fraud and Wire Fraud, and being advised of the nature of the charge(s), the proposed Information, and of my rights, hereby waives in open court on this day, November 17th, 2011, prosecution by Indictment and consents that the proceeding may be by Information rather than by Indictment.

x _____
CHRISTIAN NWOSU, Defendant

_____
Counsel for Defendant

Before: _____

CHRISTOPHER C. CONNER
United States District Judge