UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:CR-11-309 |
| | ) | |
| v. | ) | (Judge Conner) |
| | ) | |
| CHRISTIAN NWOSU | ) | |

FILED
HARRISBURG, PA
MAR 28 2012
MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

## MOTION TO UNSEAL

AND NOW, the United States of America, by its undersigned counsel, moves to unseal the Search Warrant/Affidavit in this case and in support thereof states as follows: At the request of the United States, the indictment and arrest warrant in this case were previously sealed by Order of this Court pursuant to Rule 6 of the Federal Rules of Criminal Procedure. Due to the defendant's plea of guilty and the need to provide information to victims of the criminal offense, it appears that it is not necessary for the documents remain sealed. Therefore, the United States hereby requests that the case be unsealed.

Respectfully submitted,

PETER J. SMITH
United States Attorney

BY:   s/Christy H. Fawcett
      CHRISTY H. FAWCETT
      Assistant U.S. Attorney

## ORDER

SO ORDERED this 28th day of March, 2012.

_____
CHRISTOPHER C. CONNER
United States District Judge